**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Evanston Insurance Company, | No. CV-19-04954-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Tracey Portee Murphy, et al., | |
| Defendants. | |

Before the Court is Defendant/Counterclaimants' Authority for Submission of Responsive Documents to Plaintiff/Counterdefendant's Subpoena Served on Tolhurst International, LLC. (Doc. 76.) Defendants' filing is essentially a motion to reconsider the Court's prior order (the "Order") finding that work-product privilege does not absolutely apply to the documents requested by Plaintiff in their subpoena *duces tecum*. (Doc. 74.)

The Court's previous Order directed Defendants to "state with specificity which items should be redacted and on what authority" for any documents provided to the Court for an *in camera* review. (Doc. 74 at 6.) Instead, Defendants' submission here seems to argue that the Court reconsider, in its entirety, its previous Order. In doing so, they repeat arguments of blanket privilege that were already rejected. Defendants also say that "[i]n the alternative, the Court should permit substantial reductions (sic) of the substance of the documents to protect work product." (Doc. 76 at 6.) But Defendants do not identify what particular redactions should be made, or on what authority. "A brief must make all arguments accessible to the judg[e], rather than ask [him] to play archaeologist with the

record." *Riddell, Inc. v. Kranos Corp.*, 319 F. Supp. 3d 1071, 1095 n.18 (N.D. Ill. 2018) (quoting *DeSilva V. DiLeonardi*, 181 F.3d 865, 867 (7th Cir. 1999)). The Court will not survey or excavate the record here to find meaning or direction in Defendants' filing.

**Accordingly,**

**IT IS ORDERED** that Defendants' request for *in camera* review and an order on redactions is summarily **DENIED.** (Doc. 76.)

**IT IS FURTHER ORDERED** that Defendants shall immediately produce the documents requested in Plaintiff's subpoena *duces tecum*. (*See* Doc. 69.)

Dated this 10th day of August, 2020.

Michael T. Liburdi
United States District Judge